FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 02 2009

JAMES N. HATTEN, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
For the
NORTHERN District of GEORGIA

Civil Action No. 109-CV-2742 CAP

| | |
|---|---|
| **MARKAL CLARK** | ) |
| Plaintiff | ) |
| v. | ) |
| **WELLS FARGO BANK, N.A.** | ) |
| Defendant | ) |

## NOTICE OF WITHDRAWAL

TO: Markal Clark
3645 Market Place Boulevard
#130354
East Point, GA 30344

FROM: Sanjay Patel, Esq.

In accordance with Local Rule CV-72 (E) and the underlying State Rule 4.3 of the Uniform Superior Court Rules, the following Notice of Withdrawal is hereby given to you in regard to the above-referenced case:

A. That Sanjay Patel wishes to withdraw as counsel of record for the Plaintiff, Markal Clark, in the above-referenced case;

B. That the United States District Court for the Northern District of Georgia, Atlanta Division retains jurisdiction of the action;

C. That in the event the Court grants such withdrawal, you will have the burden of keeping the Court informed respecting where notices, pleadings, or other papers may be served;

D. That in the event the Court grants such withdrawal, you will have the obligation

    to prepare for trial or hire other counsel to prepare for trial when the trial has been set;

E. That if you fail or refuse to meet these burdens, you may suffer adverse consequences;

F. That in the event the court grants such withdrawal, service of notices in the above referenced case may be made upon you at your last known address of 3645 Market Place Boulevard, # 130354, East Point, GA 30344 ; and

G. That you have the right to object within ten (10) days of the date of your receipt of this Notice.

This 30th day of October, 20 09.

                Respectfully submitted,

                _____
                Sanjay Patel
                Georgia Bar number 141477
                Attorney for PLAINTIFF

**Worden & Asociados, LLC**
3145 Reps Miller Road, Suite B
Atlanta, Georgia 30071
(678) 777-6548 Phone
(404) 601-9957 Fax

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 0 2 2009

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

UNITED STATES DISTRICT COURT
For the
NORTHERN District of GEORGIA

Civil Action No. 109-CV-2742

| | |
|---|---|
| **MARKAL CLARK** | ) |
| Plaintiff | ) |
| v. | ) |
| **WELLS FARGO BANK, N.A.** | ) |
| Defendant | ) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Sanjay Patel and hereby moves this Honorable Court for the entry of an Order authorizing his withdrawal as counsel for Markal Clark, Plaintiff in the above-styled matter. In support thereof, counsel respectfully represents that:

1.

Sanjay Patel wishes to withdraw as counsel of record for the Plaintiff in the above-referenced case, Markal Clark;

2.

That the UNITED STATES DISTRICT COURT for the NORTHERN District of GEORGIA retains jurisdiction of the action;

3.

That, in the event the Court grants such withdrawal, Plaintiff, Markal Clark will have the burden of keeping the Court informed respecting where notices, pleadings, or other papers may be served;

4.

That in the event the Court grants such withdrawal, Plaintiff, Markal Clark, will have the obligation to prepare for trial or hire other counsel to prepare for trial when the trial has been set;

5.

That if Plaintiff, Markal Clark, fails or refuses to meet these burdens, he or she may suffer adverse consequences;

6.

That in the event the Court grants such withdrawal, service of notices in the above-referenced case may be made upon the Plaintiff at her last known address of 3645 Market Place Boulevard, # 130354, East Point, GA 30344; and

7.

That Plaintiff, Markal Clark, has the right to object within ten (10) days of the date of her receipt of this Notice.

WHEREFORE, Sanjay Patel prays and requests of this Honorable Court that:

(a) he be allowed to withdraw as attorney of record in this case; and

(b) he be granted such other and further relief as this Honorable Court deems just and equitable.

This 30th day of October, 20 09.

Respectfully submitted,

Sanjay Patel
Georgia Bar Number 141477

**Worden & Asociados, LLC**
3145 Reps Miller Road, Suite B
Norcross, Georgia 30071
(678) 777-6548 Phone
(404) 601-9957 Fax

UNITED STATES DISTRICT COURT
For the
NORTHERN District of GEORGIA

Civil Action No. 109-CV-2742

| | |
|---|---|
| **MARKAL CLARK** | ) |
| Plaintiff | ) |
| v. | ) |
| **WELLS FARGO BANK, N.A.** | ) |
| Defendant | ) |

## ORDER AUTHORIZING WITHDRAWAL AS COUNSEL OF RECORD

Upon consideration of the Motion to Withdraw as Counsel for the Plaintiff, Markal Clark, filed by Sanjay Patel, having duly informed the Court that he has complied with Local Rule CV-72 and the underlying State Rule 4.3 of the Uniform Superior Court Rules and it appearing that the client has been so notified, it is therefore:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Counsel is authorized to withdraw his representation of the Plaintiff, Markal Clark, in this case.

**IT IS SO ORDERED**, this 30th day of October, 20 09.

United States District Court
Northern District of Georgia

Prepared and presented by:

Sanjay Patel
Georgia Bar Number 141477
**Worden & Asociados, LLC**
3145 Reps Miller Road, Suite B
Norcross, Georgia 30071
(678) 777-6548 Phone
(404) 601-9957 Fax

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 02 2009

JAMES N. HATTEN, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
For the
NORTHERN District of GEORGIA

Civil Action No. 109-CV-2742

**MARKAL CLARK**         )
Plaintiff                )
v.                       )
**WELLS FARGO BANK, N.A.** )
Defendant                )

### AUTHORIZATION OF DISCHARGE AND REQUEST THAT COUNSEL BE ALLOWED TO WITHDRAW

I, Markal Clark, Plaintiff in the above-styled action, have discharged Sanjay Patel as my representative in the above-styled matter and I request of this Court that he be allowed to withdraw as counsel of record.

_____
Markal Clark

Prepared and presented by:

_____
Sanjay Patel
Georgia Bar Number 141477

**Worden & Asociados, LLC**
3145 Reps Miller Road, Suite B
Norcross, Georgia 30071
(678) 777-6548 Phone
(404) 601-9957 Fax

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 02 2009

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

UNITED STATES DISTRICT COURT
For the
NORTHERN District of GEORGIA

Civil Action No. 109-CV-2742

**MARKAL CLARK**             )
Plaintiff                    )
v.                           )
**WELLS FARGO BANK, N.A.**   )
Defendant                    )

### CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Notice of Withdrawal and Motion to Withdraw as Counsel was served this day upon below-named counsel, by depositing the same into the United States Mails, with adequate postage affixed thereon, to the following:

**BAKER DONELSON BEARMAN, CALDWELL & BERKOWITZ, PC**
**Natalie C. Suhl**
**Monarch Plaza, Suite 1600**
**3414 Peachtree Road, N.E.**
**Atlanta, GA 30326**

This 30th day of October, 20 09.

Respectfully submitted,

[signature]

Sanjay Patel
Georgia Bar Number 141477

**Worden & Asociados, LLC**
3145 Reps Miller Road, Suite B
Atlanta, Georgia 30338
(678) 777-6548 Phone
(404) 601-9957 Fax