# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARKAL CLARK,<br><br>               Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>               Defendant. | CIVIL ACTION FILE<br><br>NO. 1:09-cv-2742-CAP |

## J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr., United States District Judge, for consideration of defendant's Motion to Dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 24th day of February, 2010.

                                                      JAMES N. HATTEN
                                                      CLERK OF COURT

                                              By:  s/Andrea Gee
                                                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  February 24, 2010
James N. Hatten
Clerk of Court

By: s/Andrea Gee
      Deputy Clerk